**Electronically Filed
Supreme Court
SCWC-12-0000396
30-OCT-2013
12:27 PM**

SCWC-12-0000396

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

BLADESIN-ISAIAH BAILEY, Petitioner/Defendant-Appellant,

and

ANDREW JOSIAH RODRIGUEZ, Respondent/Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000396; CR. NO. 10-1-0819)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on September 19, 2013 by Petitioner/Defendant-Appellant Bladesin-Isaiah Bailey is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be held in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, October 30, 2013.

Shawn A. Luiz,
for petitioner

Sonja P. McCullen,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

